An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

J. BENJAMIN ODOMS,
Appellant,
vs.
HIGH DESERT STATE PRISON,
Respondent.

No. 65435

**FILED**

AUG 01 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Proper person appellant's appeal appears to be challenging the district court's purported failure to act on his various filings in the case below. Our review of the documents before us indicates that no hearings have been held and no orders have been entered regarding any of these requests for relief, including appellant's motion for NRCP 60(b) relief. As no statute or court rule authorizes an appeal from the district court's purported failure to act on a party's filings, see NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); see also *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984), we lack jurisdiction to consider this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-25275

cc: Hon. Joanna Kishner, District Judge
J. Benjamin Odoms
Attorney General/Carson City
Eighth District Court Clerk